# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant St., 20th fl.
Pittsburgh, PA  15219

**Christopher P. Schueller**
412-562-8432
christopher.schueller@bipc.com

T 412-562-8800
F 412-562-1041
www.buchananingersoll.com

March 3, 2010

VIA ECF

Judge Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re:   *Rule 45 Subpoena Issued To Cablevision Systems Corporation Regarding IP Address 69.120.35.31, U.S.D.C., E.D. N.Y., Misc. 08-347*

Dear Judge Ross:

Our firm represents Prospect Capital Corporation ("Prospect") in the above-referenced case. Prospect is requesting that Your Honor schedule oral argument on the Objection to the Magistrate's Report and Recommendation, which pleading was filed electronically by Prospect on February 22, 2010.

Respectfully,

Christopher P. Schueller

CS:dcs
cc:   Lacy H. Koonce, Esquire via ECF Notification

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC