BUCHANAN INGERSOLL & ROONEY PC
Christopher P. Schueller (CS 9525)
301 Grant Street, 20th Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 562-8800
Attorneys for Respondent Prospect Capital Corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x          Misc. 08-347
                                                                :
IN RE RULE 45 SUBPOENA ISSUED TO        :
CABLEVISION SYSTEMS CORPORATION    :
REGARDING IP ADDRESS 69.120.35.31       :
                                                                :
--------------------------------------------------------------x

## ENTRY OF APPEARANCE

TO THE CLERK:

     Kindly enter the appearance of Christopher P. Schueller of Buchanan Ingersoll & Rooney

PC on behalf of Prospect Capital Corporation in the above-captioned matter.

            Respectfully submitted,

            **BUCHANAN INGERSOLL & ROONEY PC**

            /s/ Christopher P. Schueller
            Christopher P. Schueller (CS 9525)
            301 Grant Street, 20th Floor
            One Oxford Centre
            Pittsburgh, PA  15219
            (412) 562-8800

            Attorneys for Prospect Capital Corporation

Dated: March 4, 2010

BUCHANAN INGERSOLL & ROONEY PC
Christopher P. Schueller (CS 9525)
301 Grant Street, 20th Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 562-8800
Attorneys for Respondent Prospect Capital Corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x       Misc. 08-347
                        :
IN RE RULE 45 SUBPOENA ISSUED TO   :
CABLEVISION SYSTEMS CORPORATION  :
REGARDING IP ADDRESS 69.120.35.31   :
                        :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Entry of Appearance was electronically filed on March

4, 2010, and is available for viewing and downloading from the Electronic Case Filing (ECF)

System.

                   Respectfully submitted,

                   **BUCHANAN INGERSOLL & ROONEY PC**

                   /s/ Christopher P. Schueller
                   Christopher P. Schueller (CS 9525)
                   301 Grant Street, 20th Floor
                   One Oxford Centre
                   Pittsburgh, PA  15219
                   (412) 562-8800

                   Attorneys for Prospect Capital Corporation

Dated: March 4, 2010

#2418865-v1