# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Center
301 Grant Street, 20th floor
Pittsburgh, PA  15219

**Christopher P. Schueller**
412-562-8432
christopher.schueller@bipc.com

T 412 562-8800
F 412 562 1401
www.buchananingersoll.com

June 11, 2010

**VIA ECF**

Honorable Allyne R. Ross
Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re:   **Rule 45 Subpoena Issued to Cablevision Systems Corporation regarding IP Address 69.120.35.31 (Misc. 08-347) (the "Litigation")**

Dear Judge Ross and Judge Go:

This firm represents Prospect Capital Corporation ("Prospect") in the above matter.  As ordered by the Magistrate Judge Marilyn D. Go on May 25, 2010, this letter serves as a status report on the matter.

The parties to the Litigation have finalized a settlement agreement and will be submitting a Stipulation of Dismissal of the Litigation next week.  Please contact me if you have any further questions.  Thank you.

Respectfully,

Christopher P. Schueller

dsc
52682-17
cc:   Lance Koonce, Esquire via electronic mail

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC