

BUCHANAN INGERSOLL & ROONEY PC
Christopher P. Schueller (CS 9525)
301 Grant Street, 20th Floor
One Oxford Centre
Pittsburgh, PA 15219
(412) 562-8800
Attorneys for Prospect Capital Corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE RULE 45 SUBPOENA ISSUED TO
CABLEVISION SYSTEMS CORPORATION
REGARDING IP ADDRESS 69.120.35.31
---------------------------------------------------------------x

Misc. 08-347

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS the above-captioned case was commenced by the filing on July 1, 2008 of John Doe's (1) Motion to Quash Subpoena Directed to Cablevision Systems Corporation; (2) Motion for Attorney's Fees; and (3) Motion to Proceed Anonymously, (hereinafter collectively referred to as the "Litigation"); and

WHEREAS in an Opinion and Order dated April 26, 2010 ("Order"), this Court granted John Doe's Motions to Quash and to Proceed Anonymously, and referred John Doe's Motion for Attorney's Fees for further proceedings.

WHEREAS the Parties have reached a private settlement resolving all of their disputes involved in the Litigation not otherwise resolved by the Court's April 26, 2010 Order, which remains in full force and effect, and the parties have agreed that the Litigation should be discontinued with prejudice;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys for Prospect Capital Corporation ("Prospect") and John Doe (Prospect and John Doe, collectively, the "Parties"), that:

1. This Litigation is hereby discontinued with prejudice, including the Motion for Attorneys Fees; and

2. Except as otherwise agreed by private settlement, each party shall bear its attorneys' fees and court costs; and

3. This Stipulation may be signed using one or more counterparts, and the several executed copies together will be considered an original and will be binding on the parties.

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher P. Schueller
Christopher P. Schueller (CS 9525)
301 Grant Street, 20th Floor
One Oxford Centre
Pittsburgh, PA  15219
412-562-8800
Attorneys for Prospect Capital Corporation

Dated: June 10, 2010


**DAVIS WRIGHT TREMAINE LLP**

/s/ Lacy Koonce
Lacy Koonce, Esquire
1633 Broadway, 27th Fl.
New York, NY  10019
212-489-8230
Attorney for John Doe

Dated: June 10, 2010

SO ORDERED

s/ ARR

Allyne R. Ross, U.S.D.J.

#2663844-v2